UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 05-654-001 (DRD) |
| | : |
| v. | : |
| | : ORDER APPOINTING COUNSEL |
| | : |
| JOSE HERNANDEZ | : |

This matter having been opened to the Court upon the request of Defendant Jose Hernandez, through the Office of the Federal Public Defender (Louise Arkel, appearing), for an Order by the Court appointing counsel in Mr. Hernandez's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 22nd day of April, 2008 that the Office of the Federal Public Defender (Louise Arkel, appearing) is appointed to represent Jose Hernandez in this matter.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Court Judge