AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSE HERNANDEZ | ) | Case No: 05-cr-654-01 |
|  | ) | USM No: |
| Date of Previous Judgment: June 26, 2006 | ) | Louise Arkel, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___60___ months **is reduced to** ___53 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___6/26/06___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___June 16, 2008___

Judge's signature

Effective Date: _____
(if different from order date)

Dickinson R. Debevoise, U.S.S.D.J
Printed name and title